404

**No. 6907.**—Invoices dated London, England, April 18, 1942, etc.
Certified April 29, 1942, etc.
Entered at New York, N. Y., May 26, 1942, etc., and at Baltimore,
Md., February 15, 1946.
Entry Nos. 752332, etc.; 897.

(Decided February 20, 1947)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importers on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

INTER-MARITIME FORWARDING CO., INC. v. UNITED STATES

**No. 6908.**—Invoices dated Birmingham, England, July 1945, etc.
Certified July 1945, etc.
Entered at New York, N. Y., August 9, 1945, etc.
Entry No. 705463, etc.

(Decided February 20, 1947)

*Tompkins & Tompkins (J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the. appraised values, less additions made by importer on entries because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.